83 A.3d 412

**Ivan WHITE, Petitioner**

v.

**The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 172 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 16, 2014.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of January, 2014, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED** insofar as Petitioner seeks a directive that the lower court dispose of his pending Post Conviction Relief Act petition. The Court of Common Pleas of Philadelphia County is direct-

ed to dispose of Petitioner's pending petition within 90 days of this order.